RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/13/12

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 10-0228-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| EMMETT L. MINOR | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

IT IS ORDERED that Defendant's "Motion Pursuant to Fed. R.Crim. P. Rule (36) to (Rectify); (Correct); a Mistake and/or Error in this Courts [sic] Recent Order (Nov. 9, 2012)" [Doc. No. 463] is DENIED.

MONROE, LOUISIANA, this 13 day of December, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE