UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 10-00228-01/USM NO. 09894-035 |
| VERSUS | JUDGE ROBERT G. JAMES |
| EMMETT L. MINOR, JR. | MAG. JUDGE KAREN L. HAYES |

**MEMORANDUM ORDER**

On November 6, 2015, the Court issued a Ruling [Doc. No. 537] and Order [Doc. No. 538], finding that, pursuant to *Dorsey v. United States,* 132 S.Ct. 2321 (2012), Defendant Emmett L. Minor, Jr. ("Minor") was eligible for a sentence reduction under the Fair Sentencing Act and Amendment 782 to the United States Sentencing Guidelines. The United States Probation Office, the United States Attorney, and counsel for Minor agreed that his Guideline range of imprisonment should be reduced to 87-108 months based on an amended total offense level of 27 and a criminal history category of III. The Court reduced Minor's term of imprisonment to 87 months.

Since the Court's Ruling, the Office of the Federal Public Defender was allowed to withdraw, and Minor now represents himself. He filed a motion for reconsideration [Doc. No. 545] arguing that the Court erred by not reducing his sentence further. Minor contends that he was charged with conspiracy to distribute and to possess with intent to distribute 50 grams of cocaine base. Accordingly, Minor argues that his Guideline range should have been calculated using the 50 grams of cocaine base, which would have resulted in a greater reduction to his sentence.

However, Minor misstates the record. He was charged in the Indictment with conspiracy to distribute and to possess with the intent to distribute "50 grams and more" of cocaine base. [Doc.

No. 23]. Ultimately, he was held accountable for 5 kilograms of cocaine powder. [Doc. No. 418]. Minor's original sentence based on his accountability for this amount of cocaine powder was upheld on appeal. [Doc. No. 466].

For purposes of consideration under 18 U.S.C. § 3582(c)(2), the Probation Office correctly calculated his offense level. Minor is not entitled to a further reduction. Accordingly,

IT IS ORDERED that his motion for reconsideration [Doc. No. 545] is DENIED.

MONROE, LOUISIANA, this 4th day of December, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE