**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  3:10-CR-00228-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **EMMETT L. MINOR, JR. (01)** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**ORDER**

Before the Court is letter motion filed by Emmett L. Minor, Jr., wherein he requests early termination of supervised release. [ECF No. 572]. On August 5, 2019, jurisdiction over Minor's supervised release was transferred to the Eastern District of Texas, and on August 22, 2019, the Eastern District of Texas accepted jurisdiction over this matter. [ECF No. 570]. A transfer of jurisdiction means that the "transferee court . . . take[s] full jurisdiction from the transferor court." *United States v. Fernandez*, 379 F.3d 270, 275 (5th Cir. 2004); *see also United States v. Clark*, 405 Fed.Appx. 89, *3-4 (8th Cir. 2010); *United States v. D'Amario*, 178 Fed.Appx. 151, 152 (3rd Cir. 2006). As this Court no longer possesses jurisdiction over this matter, Minor must seek relief from the Eastern District of Texas. Accordingly, the motion for early termination of supervised release [ECF No. 572] is DISMISSED WITHOUT PREJUDICE.

SIGNED this 10th day of November, 2020.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE